UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br>VITAMIN C ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>———————————————————————x<br>ANIMAL SCIENCE PRODUCTS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HEBEI WELCOME PHARMACEUTICAL<br>CO., LTD., *et al.*,<br><br>        Defendants. | MASTER FILE 1:06-MD-1738<br>(DGT)(JO)<br><br><br><br>Case No. 1:05-CV-00453(DGT)(JO) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, the Declaration of Annabelle Chan, dated August 31, 2009 (together with all exhibits annexed thereto), the Declaration of Scott Martin, dated August 31, 2009 (together with all exhibits annexed thereto), Northeast Pharmaceutical Group Co., Ltd.'s Local Rule 56.1 Statement In Support Of Its Separate Motion For Summary Judgment, and all prior pleadings and proceedings had herein, and on such oral and documentary evidence as may be presented at the hearing of the motion, defendant Northeast Pharmaceutical Group Co., Ltd. ("Northeast") will move this Court before the Honorable David G. Trager at the U.S. District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201-1818, on a date and time to be

determined by the Court, for an order pursuant to Fed. R. Civ. P. 56 dismissing the Third Amended Complaint, with prejudice, as to Northeast.

Dated: New York, New York
August 31, 2009

Respectfully Submitted,

GREENBERG TRAURIG, LLP

/s/ James I. Serota
James I. Serota, Esq. (JS-6802)
Kenneth A. Lapatine, Esq. (KL-3985)
Scott Martin (SM-7373)
The MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST

## SERVICE LIST

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson
Tanya Chutkin
Jennifer Millici
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

BOIES, SCHILLER & FLEXNER LLP
Alanna Rutherford
575 Lexington Avenue, 7th Floor
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

HAUSFELD LLP
Michael D. Hausfeld
Brent Landau
Brian A. Ratner
1700 K Street N.W., Suite 650
Washington, D.C. 20006
Tel: (202) 408-4600
Fax: (202) 540-7201

SUSMAN GODFREY LLP
James T. Southwick, Esq.
Shawn L. Raymond, Esq.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

SUSMAN GODFREY LLP
Suyash Agrawal, Esq.
654 Madison Avenue
5th Floor
New York, NY 10065-8404
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Federal Plaintiffs*
*Animal Science Products, Inc., et al.*

KIRBY MCINERNEY LLP
Daniel Hume
David Kovel
825 Third Avenue, 16th Floor
New York, NY 10022
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540

STRAUS & BOIES, LLP
David Boies III, Esq.
Timothy D. Battin
Ian P. Otto
4041 University Drive
Fifth Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

SAVERI & SAVERI, INC.
Guido Saveri
R. Alexander Saveri, Esq.
Cadio Zirpoli
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810
Fax: (415) 217-6813

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson, Esq.
Daniel C. Hedlund, Esq.
Amanda M. Martin, Esq.
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

*Attorneys for Putative State Class Plaintiffs*