FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 10, 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE VITAMIN C ANTITRUST LITIGATION

JUDGMENT
08-MD- 1738 (BMC)

This document relates to:

----------------------------------------------------------X

ANIMAL SCIENCE PRODUCTS, INC., *et al.*,

05-CV- 0453 (BMC)

                Plaintiffs,

-against-

HEBEI WELCOME PHARMACEUTICAL CO.,
LTD., *et al.*,

                Defendants.
----------------------------------------------------------X

       A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 28, 2011, granting Defendant JSPC America, Inc.'s motion for summary judgment; it is

       ORDERED and ADJUDGED that Defendant JSPC America, Inc.'s motion for summary judgment is granted.

Dated: Brooklyn, New York
        January 06, 2012

                                                DOUGLAS C. PALMER
                                                Clerk of Court